**Order entered June 9, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-00409-CV

**ADVOCARE GP, LLC, ADVOCARE INTERNATIONAL, LP, JOESPH R. GILSOUL, T. LEE WILKINS, DEBORAH RAGUS COOK, STACEY RAGUS CERNICKY, AND JENNIFER RAGUS MCGAHA, Appellants**

**V.**

**RICHARD HEATH, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-15-04887-A**

## ORDER

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart

We have before us appellee's May 27, 2016 "Motion to Reconsider the Court's Order Granting Appellants' Motion to Stay Pending This Interlocutory Appeal." Attached to the motion is "Appellee's Response to Appellants' Motion to Stay Pending This Interlocutory Appeal." After considering appellee's response, we **DENY** appellee's motion to reconsider.

/s/    CRAIG STODDART
        JUSTICE